UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AL GENE FISHER, JR.,<br><br>        Petitioner,<br><br>   v.<br><br>C. PFEIFER,<br><br>        Respondent. | No. 1:17-cv-01050-JLT (HC)<br><br>**ORDER GRANTING PETITIONER'S MOTION FOR CORRECTION [Doc. 11]**<br><br>**ORDER MODIFYING ORDER OF AUGUST 23, 2017, BY VACATING ORDER DIRECTING CDCR TO COLLECT $350.00 FILING FEE AND GRANTING PETITIONER'S MOTION TO PROCEED IN FORMA PAUPERIS IN THIS HABEAS ACTION [Doc. 7]** |

      On August 17, 2017, Petitioner filed a motion to proceed in forma pauperis. The Court granted the motion on August 23, 2017. However, as noted by Petitioner in his motion for correction of September 15, 2017, the order incorrectly stated that Petitioner had filed a civil rights complaint when in fact he was proceeding in a habeas corpus action. Consequently, the Court's order incorrectly directed the California Department of Corrections and Rehabilitation ("CDCR") to collect the sum of $350.00 for payment of the filing fee.

      Accordingly, the Court ORDERS:

    1) Petitioner's motion for correction is GRANTED;

    2) The Court's order of August 23, 2017, is MODIFIED as follows: 1) The order directing the CDCR to collect the $350.00 filing fee is VACATED; and 2) Petitioner

1

| | |
|---|---|
| 1 | is authorized to proceed in forma pauperis in this habeas action pursuant to 28 U.S.C. |
| 2 | § 1915. |

IT IS SO ORDERED.

Dated:     **September 22, 2017**                     **/s/ Jennifer L. Thurston**
                                                          UNITED STATES MAGISTRATE JUDGE